## CORPORATE RESOLUTION

I, Donne Jefferson, the Managing Member of Indian Creek Express, LLC, do hereby certify:

I am the Managing Member of Indian Creek Express, LLC (hereinafter called the "Company") and have the authority to execute this Resolution.

Pursuant to the Operating Agreement of the Company, the members of the Company authorized the Company to, and hereby does, retain Kutner Brinen Dickey Riley, P.C. to act as the Company's counsel in connection with, and for the purpose of, initiating such proceedings under the United States Bankruptcy Laws as are appropriate -- specifically including, but not limited to, the immediate filing of a Chapter 11 proceeding.

I do further certify that the above resolution has not been altered, amended or repealed.

IN WITNESS WHEREOF, the undersigned has caused this Certificate to be executed and the seal of the Company to be hereunder appended this 28th day of July 2025.

INDIAN CREEK EXPRESS, LLC

_____
Donne Jefferson, Managing Member