## UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

December 23, 2025

| | |
|---|---|
| In re:<br><br>**INDIAN CREEK EXPRESS, LLC.,**<br><br>Debtor. | Bankruptcy Case No. **25-14707-JGR**<br><br>Chapter 11 |

### JUDGMENT

This matter came before the Court on December 23, 2025 regarding Motion of Daimler Truck Financial Services USA LLC to Compel Payment of Lease Payments Due Under Unexpired Leases, for the Provision of Adequate Protection, and to Compel Assumption or Rejection of Unexpired Leases filed October 31, 2025 (Doc. 39); Debtor's Objection filed November 25, 2025 (Doc. 60) and Daimler Truck Financial Services USA LLC's Reply filed November 28, 2025 (Doc. 65).  The issues have been tried, heard and/or considered, and a decision has been rendered.  In accordance with the Order issued concurrently herewith,

IT IS ORDERED AND ADJUDGED that the Motion is hereby GRANTED, in part.

FOR THE COURT:

Kenneth S. Gardner, Clerk

By: _____
L. Smith,
Law Clerk

APPROVED AND ACCEPTED:

By: _____
Joseph G. Rosania, Jr.,
U.S. Bankruptcy Judge