**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Joseph G. Rosania, Jr.

| | |
|---|---|
| In re:<br><br>INDIAN CREEK EXPRESS LLC<br>EIN 45-0481089<br><br>   Debtor. | Case No. 25-14707-JGR<br>Chapter 11 |

## ORDER DISMISSING BMO BANK'S MOTION FOR RELIEF FROM STAY WITHOUT PREJUDICE TO REFILE

THIS MATTER is before the Court on the Motion for Relief from Stay on Vehicles, filed by BMO Bank (the "Movants") on December 17, 2025 (Doc. 86) and the Motion to Adjourn Hearing and Hold in Abeyance filed by Movants on January 8, 2026 (Doc. 100). Upon consideration of the Motions, and good cause shown, the Court hereby:

ORDERS that the Motion for Relief from Stay on Vehicles is DISMISSED without prejudice to refile.

IT IS FURTHER ORDERED that the preliminary hearing on the Motion scheduled for January 13, 2026 at 1:00 p.m. is hereby VACATED.

DATED: January 9, 2026

BY THE COURT:

_____
Honorable Joseph G. Rosania, Jr.
United States Bankruptcy Judge