**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLORADO**

| | |
|---|---|
| In re ) | |
| ) | Case No. 25-14707 JGR |
| INDIAN CREEK EXPRESS LLC ) | |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | |

**NOTICE OF CHANGE OF FIRM NAME**

  **PLEASE TAKE NOTICE THAT** Markus Williams Young & Hunsicker LLC is now Markus Williams LLC. The firm address, telephone number, and fax number, as well as attorney email addresses, remain unchanged as reflected in the signature block below.

  Respectfully submitted this 12th day of January, 2026.

              MARKUS WILLIAMS LLC

              *s/ Lacey S. Bryan*
              Lacey S. Bryan, #51908
              1775 Sherman Street, Suite 1950
              Denver, Colorado 80203
              Telephone (303) 830-0800
              Facsimile (303) 830-0809
              lbryan@markuswilliams.com

              *Attorneys for Flood & Peterson Insurance, Inc.*

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 12th day January, 2026, a true and correct copy of the NOTICE OF CHANGE OF FIRM NAME was electronically filed and served via CM/ECF on all parties and counsel of record receiving electronic notice.

                                      */s/ Jessica Anderson*
                                  Jessica Anderson, Legal Assistant